UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# CRIMINAL CASE COVER SHEET

**Division of Filing**
☒ Western
☐ Central
☐ Southwestern

☐ St. Joseph
☐ Southern

**Place of Offense**
Jackson County

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**
Defendant Name    Joseph A. Camp
Alias Name
Birthdate    05/28/1984

**Related Case Information**
Superseding Indictment/Information  ☐Yes    ☐No
                                    if yes, original case number _____

New Defendant    ☒Yes  ☐No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA  Matthew P. Wolesky

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☒ No

**Location Status**
Arrest Date ____
☒ Currently in Federal Custody
☐ Currently in State Custody    Writ Required ☐ Yes  ☐ No
☐ Currently on bond

**U.S.C. Citations**
Total # of Counts    7

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:371.F/4992/4 | Conspiracy to Defraud the United States | 1 |
| 2 | 18:1030A.F/4996/4 | Fraud Activity Connected with Computers | 2, 4, 6 |
| 3 | 18:2511.F/9911/4 | Interception and Disclosure of Wire or Oral Communications | 3 |

(May be continued on reverse)

Date  11/18/2010    Signature of AUSA /s/ Matthew P. Wolesky

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18:1028A.F/4991/4 | raud with Identification Documents | 5, 7 |
| 5 | | | |