Joseph A. Camp #18474-055
C.C.A. Leavenworth Dentention Center
100 Highway Terrace
Leavenworth, Kansas 66048

Honorable Judge John T. Maughmer
Charles Evans Wittaker Courthouse
400 East Ninth Street, Room 1510
Kansas City, Missouri 64106

May 16, 2011

United States V. Joseph *CAMP* et al.
10-00318-01 / 02-CR-W-ODS

Honorable Sir,

    I am writing to you to again ask for my right to speedy trial (without infringing on my other rights, i.e. Due Process -motions-, etc.), and invoke it, and submit that it has all ready been violated, with the dismissal of all counts the only remedy available.

    It should be noted that I have forbidden my attorney from plea neogotiations, unless a 100% dismissal was the only result. His plea conversations did not conform to that mandate and therefore his neogotiations are rogue. I shuld not be deprived or divested of my Constitutional rights because fo his renegade conversations. None-the-less considering all things, more than the statutory 70 days have expired even before engaging in debate about his neogotiations. Heres how.

|  |  |  |
|---|---|---|
|   | 0 | - Date of indictment (11/18/10) |
| + | (55 - 19) | - Travel time minus reasonable 10 days* and weekends and holidays** |
| 36 + | (8 + 19) | - 2nd and 3rd appearences in Missouri (WDMOKC) (1/18/11 + 2/4/11) |
| 63 + | (14) | - Time for lawyer (Bill Raymond) to start rogue plea neogotiations |
| 77 |   | - Total |

    This of course is prior to all, and any "complexity" issues, as those are not at this time subjected to this 77 days (that I have conservativly calculated). The U.S. Governments clock started in reality on November 25 2009, and stopped upon my rearrest in New York on December 23rd 2009, for a total of 28 days that I would like to be credited with as well (adding to the 77 above). In addition I would like credit for all the time in 2011 as I have steadfast refused to waive any speedy trial rights (as evident at the prior appearance of arraginment with counsel.)

---

* 18 U.S.C. §3161(h)(1)(H); ** United States vs. Bond 956 F.2d 628 (6th Cir 1992) - This is the only case I can find about weekends or holidays I know it is not the 8th cir.

I submit that there is no other alternative than a complete dismissal of all counts of the indictment against me. Any other option deprives me of Due Process, and a multitude of other rights and statutory provisions.

I also have to take issue with the mortitorium on defendants processing their discovery material. My case no longer has any confidential informants, and its "complexity" would add weight to the fact that I would need to process the entire body of the material in order to assist my counsel in preperation of trial. The Constitution allows for the assistance of counsel, and since I would very much like to be a part of my defense I believe that counsel's procession of the material should be seconded to my procession. In support of my procession I offer the following:

a.) I am a highly intellegent person who demands to participate in my defense to the fullest.

b.) The nature of the charges require a complex amount of issues that only a defendant might know or understand.

c.) There are no confidential witnesses. Any information that is privledged would have been reviewed "in camera" with my attorney's assistant anyways.

d.) Having that material would free my attorney and his staff to investigate and preform other duties neccessary for the administering of a defense at trial. Thus not having to come to the CCA for 8 hours a week to sit in a small room to have me review the material. This without any legal refrences to cross with while in the room.

e.) Freedom of Information as well as a host of other laws allow for the material to be processed by agencys such as Newspapers, and Media outlets, I submit that it is only fair to allow me to process the full body of the material as well.

f.) The dissemination of the material would do no harm to anyone in the case.

g.) The size of the material body is numerous thousands of pages, it is impratical and impossible to study these materials verbatum copy them handwritten and then cross them with legal books, cases, guides etc.

To refuse me procession is damaging for the inevitable outcome of the case. I would submit that if

the U.S. Attorney prohibits me from procession of the material, then I demand that my attorney require that the U.S. Attorney not process any recipricated discovery material and that they be forced to review any material we may offer in the precense of my attorney and that they too be required to take notes on what they read.

I have also added with this a copy of "*An Open Letter...*" a document that I authored detailing the numerous violations of rights that I have been subjected to since these shananagions have started. Please read it for what it is. I have taken care not to name witnesses, and defendants only the Agents of the Governement with whom have conspired to deprive me and others of our rights.

Thank you for dismissing these charges, and also for allowing me the possession of the full body of my discovery material.

Joseph A. Camp 18474-055<br>
C.C.A. Leavenworth Detention Center<br>
100 Highway Terrace<br>
Leavenworth, Kansas 66048

cc: self
Bill Raymond

enc: "*An Open Letter to the American People*"

CERTIFICATE OF SERVICE

United States v. Joseph Camp etal. #10-00318-01/02-CR-W-ODS

The undersigned hereby certifies that a true and correct copy of the foregoing document in the above captioned matter was deposited in the United States Mail, first class postage prepaid, on May, 16TH, 2011, addressed to the clerk of the Court for an electronic case filing to notify all parties.

Clerk of the Court for:

John T. Maughmer
Charles Evans Wittaker Courthouse
400 East Ninth Street, Room 1510
Kansas City, Missouri 64106

Respectfully Submitted,

*[signature]*

Joseph A. Camp Register # 18474-055
CCA. Leavenworth Dentention Center
100 Highway Terrace
Leavenworth, KS. 66048

Sworn to, before me this ____ day of _____, 2011.

_____
NOTARY PUBLIC