# An Open Letter to the American People

I, Joseph A. Camp, inmate number 18474-055, am a Federal inmate currently held in Federal custody at Leavenworth Detention Center, in Kansas. I write this letter on my own accord, expressing truths, views, and grievances from my perspective, which is also the perspective of many other detainees. I have asked for input only into clarification, examples, and suggestions for topics. I am solely responsible for the content, and have asked that the people whom have co-signed this letter do so in support of the validity of the issues, not expressing their opinions as to possible resolutions. I take full responsibility for the content, and have attempted to express, not my ideas for resolutions, but only the issues that I have discovered to be prevalent throughout the criminal justice system.

I do ask that anyone receiving this letter please reply to me with support – their own addendum, referendum, etc., and also pass their own "friend-of" letter on to the entire American people by means of publication, media, social networking, snail-mail, or even smoke signals. Please use this letter as a catalyst for you to address your own issues. Please be specific as to prison condition or police brutality or racism or prosecutor misconduct…

I stand for, by authoring this letter, the urging of change in an outdated, corrupted, and sickening system. I present the issues as I witness them, as follows, but make no recommendations as to the actual means for change.

Though this letter is geared to Federal issues, I submit that the issues contained in this document transcend any jurisdiction, and ask that the individuals who receive this letter please do not feel restricted to the Federal arena, but rather add your own issues as they present themselves, from the jurisdiction(s) that you have experienced

   1.) I have personally been to several Federal holding facilities, where nearly everyone accused of a crime in which there is a co-defendant is also accused of "<u>conspiracy</u>". This catchall criminal statute is the government's tool for obtaining indictments often not otherwise attainable, with the consequences of imprisonment for up "to life."

The conspiracy charges were possibly at one time a well-intentioned method by which the government could fight organized crime and other high-level offenses that often resulted in murder or otherwise violent conduct for the prosecution of individuals who were notoriously able to evade legitimate prosecution. However, via the "slow lie,"[1] the system has slowly moved this tool, which was originally meant to be used in more extreme cases, into an almost mandatory charge.

Take my own indictment. My college buddy and I face a two-man conspiracy charge for computer hacking, among other charges, all because we knew each other and are alleged to have talked about "what if's". By the very use of the charge, the government is prohibiting free exercise of expression. A criminal justice class could be barred from speculating on how a crime could have been committed, because, if they did, they would be guilty of "conspiracy".

2.) Today while listening to the news I was appalled by the reports of a serial rapist, who – as a state inmate – was held on $100,000.00 bail; a man whose DNA pointed to two currently investigated rapes, and several cold-case rapes, as well. Yet, here I am, charged with a theoretically "victimless", non-violent, attempted conspiracy crime, and I am being held on no bail or bond.

Though I used myself as an example, every single person around me is also held on no bail or bond. The serial rapist, however, has the possibility, however remote, of obtaining bail or bond, and then would once again be able to stalk into the night. I would personally be happy with a set amount of bail or bond – an option, or possibility, a hope of getting out, since, as we will see, the pre-trial stages are no longer speedy.

---

[1] a term I have coined to describe the slow migration of the truth into a lie, or vice versa, e.g. A person sees a blond haired, shorthaired male commit a crime. The blonde-haired person's friend, who also witnessed the crime, insists that the color of the perpetrator's hair was a bit tan and that the length was "toward medium". Over the course of months, the friend of the perpetrator, when discussing the incident with the original witness, reports the color as "reddish", then "brown", and the description of the hair lengthens, too. Over the course of many months, the original witness actually "remembers" seeing a longhaired, black-haired perpetrator.

3.) The Constitution was written because the colonies were being screwed over by the King of Great Britain. The King was arresting individuals and shipping them across the seas to be tried, often for frivolous charges (conspiracy, anyone?), and after years of imprisonment. The Declaration of Independence specifically explained this conduct and the Constitution prohibited it, by guaranteeing an arrested person a speedy trial. This right has eroded over time, as processes similar to that which I described in my footnote regarding the "slow lie" denude it of its meaning. The Criminal Justice System generally no longer honors "speedy trial" rights.

Again, speaking on my own experiences, in response to my own charges, I was arraigned and provided with a speedy trial date that was 10 days away. I expressed, in opposition to my attorney, on the record, my demand for a speedy trial. However, the court refused, and postponed my trial to months off, from which date it was again postponed, at the request of my co-defendant's attorneys.

My case aside, many individuals are incarcerated here for years – their attorneys convincing them to waive speedy trial issues. I personally have never seen a speedy trial, in response to either State or Federal charges. Some attorneys have monetary motives to keep a case alive as long as possible, especially if being paid on an hourly wage.

4.) Speaking of attorneys, daily, others around me complain of not being able to connect with their attorneys, their attorneys not being available to take their calls, their not being kept informed, et cetera. I realize that a single attorney usually represents a number of individuals and that managing a number of cases at once is likely difficult. An attorney also must balance his altruistic desire to help with his assessment of how much is "too much". However, when a person must entrust his or her entire life to her or his attorney, with, as in my case, 34 years of potential imprisonment on the line, then that person is nonetheless rightfully angered by substantial lack of communication with his or her attorney. Personally, both of my attorneys (I have overlapping Federal cases which involved the same charges – double jeopardy, anyone?) are often unavailable,

even if I call their office 20 times a day, because (I believe) my matter merits that degree of urgency.

Many of the individuals around me are uneducated or cannot comprehend the vast and often complex issues associated with the law, and those individuals, because of their confusion, are often left wondering, "How can I trust this lawyer?" I am educated and have a high I.Q.; yet I still can't trust my attorney because he is essentially "never" available to keep me up to speed.

5.) Prior to being arrested by the Government, I had a lot of local fame, an extremely "hot" (even some police reports say so!) girlfriend, friends, an education that was expanding at the University that I was attending, a good job, and belongings that I had worked hard to acquire. Now, I have almost nothing. There are a number of reasons for this divestiture. Many will be discussed in another section of this letter, but I mention here the loss of my friends, girlfriend, and acquaintances.

The Government used my Facebook account to identify the people who are close to me. (Although other means were available to them to do this, Facebook was an easy way...) Then, Federal agents flashed their F.B.I. badges and harassed them at home, at work, in front of their friends, parents, and co-workers, asking questions about me, all the while collecting almost no new information. Twenty-six people, who were questioned by the Federal agents, removed me from their friends list on their Facebook accounts. Maybe two others (my ex-girlfriend and my co-defendant's girlfriend) will be potential witnesses at trial. No other persons questioned provided any new information, but the stigma of the Government's investigation led them to abandon me.

As far as the "new information" goes, I know from experience that the Government, when they believe that a person is lying, will harass that person until that person tells the story that the agents want to hear. My ex-girlfriend consistently told investigators – 3 or 4 times – that she knew nothing, and even demanded an attorney to be present. Investigators threatened her, harassed her at work, at social events, at home, et cetera, until she wrote a very long "diary" of her "memories" of what I supposedly did. The Feds

forced her to sign a "proffer" and left her hanging with possible charges to come, to ensure that she doesn't tell her original story. Needless to say, she hates me now, her parents hate me now, and her friends hate me now. As bad as it is, I am not at this point in this document emphasizing the point that the Feds forced her into an untrue and criminally perjured "confession". I am emphasizing the point that these investigators employed tactics that separated me from the person who was, at the beginning of the investigation, my closest friend, who, of course, was an important part of my support system, and that the pressure of the investigators drove other important persons from my life.

6.) However, we should not overlook the fact that agents pressured my ex-girlfriend, until she was willing to make false statements, just to remove the pressure of this apparently never-ending investigation from her life. In fact, my ex-girlfriend made more statements that did not implicate me in any wrongdoing, than she made statements that did implicate me; and the latter statements were made only after lengthy duress. Human beings under lesser types of duress make false statements, and everyone understands why they made them and that those statements are false. Why should such statements, made in the context of Federal duress, be touted as truth and brought into court?

7.) By definition, a prisoner has a restricted existence. His or her attempts to communicate with what remains of her or his family and friends are limited by the restricted environment. Phone calls are monitored, mail is read, discussions between/among inmates are recorded via hidden microphones in the holding areas of the marshals' offices … So, nothing we say is confidential. Let's say that a person is using the phone – talking to his mother about the facts of his case, and mentions, "I will get 2 points ('points' are sentencing guidelines) for 'sophisticated means'," and goes on discussing his points. Then, the call is terminated, because phone time is restricted, and the time is up. In the next call, he tells his mother, "I will only get these points IF the Government can convince the judge, but I am innocent, so they should not be able to convince the judge." Both calls were recorded. However, the first call did not include the disclaimer, "if". At trial, however, the prosecutor uses the first call to "demonstrate" that the inmate did

not deny using sophisticated means, but somehow has amnesia regarding the second call.

In my case, the prosecutors have cherry-picked E-mails and chat conversations, which can be misinterpreted because they are deprived of the total context of my communications. I would likely find me – an innocent person – guilty, based on the misinterpretation demanded by U.S. Attorney Wolesky.

There actually are E-mails, which show the inconsistency between the Government's position and my actual meaning, but I'm told that I will never see them introduced as evidence. Lies stemming from misinterpretation and incomplete quotes – and misquotes – are prevalent. There are prisoners who had photographic evidence to support their position, who could not be acquitted, because the Government refuses to acknowledge "the truth, the whole truth, and nothing but the truth..." Our Government parted way with God and the prayer, "so help me, God", long ago. The Criminal Justice System seems now to be only a competition to see who can make the best case, by any means, good or evil. Gone are the days of seeking the truth.

8.) When the agents arrested me, I was held without bail for nearly a year. The only evidence at the time of the arrest came from a confidential informant who has since recanted his story. Ironically, although the "evidence" was enough to use to arrest me and to hold me without bail, it was not enough to sustain even one of the original intended charges, so the Government used probable cause to indict me on a much lesser offense. This stalled the case, while the agents got more "evidence", in my case by threatening "witnesses", hacking into my computer, reading my E-mails... (search warrants are a dime a thousand, these days) – building a case against me. Suspects are not truly considered to be innocent until proven guilty during the investigation stage of a proceeding. That's why they are called, "suspects." Agents viewing suspects only through the eyes of their presumed guilt has deadly consequences for the person who is presumed to be guilty, for it skews the interpretation of the facts that those agents uncover in the direction of guilt. For example, when the doctor who was presumed to be at the root of the anthrax mailings was harassed

so much that he committed suicide, his action was heralded by agents as his admission of guilt. However, independent scientific evidence cast serious doubts on any connection between the strains found on the flask and the strains used in the mailing, essentially exonerating the doctor. Sadly, he received this exoneration posthumously.

The agents have the Government's money behind them and usually have the male ego's drive to win. They often build their case after an arrest. Since they know that they no longer have to deal with the constraint of a speedy trial, they can go on collecting "evidence" that their actions essentially manufacture. The longer a person waits for his or her trial, the more "evidence" the Government is able to purchase. This manufactured evidence, coupled with the lengthy time the innocent victim has already spent in incarceration and the threat of many years of imprisonment that would likely follow the unfair trial, ultimately coerce most innocent defendants to commit perjury, by pleading guilty to a lesser charge. Already frightened, often lacking the support of family and/or friends, and maybe subject to intense emotional and/or physical abuse while imprisoned, the defendant is unable to adequately consider the consequences of the pleading guilty to something that she or he did not do – consequences, such as future employment discrimination, educational discrimination, housing discrimination, social stigma...

Meanwhile, the Government's ability to arrest persons on the basis of little or even no true evidence, to hold them while manufacturing a case, and to pressure innocent victims into pleading guilty to lesser offenses, enables the prosecutors to maintain a high conviction rate, which is often used to promote their accomplishments in their resumes, campaign ads, book reviews, et cetera. Do I truly believe that 97% of the defendants in the nearly 500,000 Federal cases (485,000 defendants), which are used in a common statistic are 100 % guilty of everything of which the government accuses them? I do not. All four of the counts of my original criminal complaint were thrown out by the grand jury who heard my case in New York, and the sole indicted count was so vague that almost anyone who crossed a state line could be as legitimately accused of it as I was. Ironically, if I were to have pled

guilty to the lesser count before the grand jury's decision, I would have been viewed as having been actually guilty of all charges, and as having been let off easy because I took the plea, when, in fact, I was guilty of none of the crimes with which I was charged. If I try to explain my innocence, I am viewed as "failing to take responsibility" of crimes that I did not commit, when, in fact, if I were to take responsibility, I would be committing perjury.

9.) While in jail, since inmates' lawyers are so rarely available, it is natural for humans to discuss their cases with other inmates, in an attempt to dissect the charges and mount a defense. A jailhouse snitch, facing his own mounting criminal case, can take advantage of the fact that he was close enough to overhear two prisoners innocently discussing a matter, by reporting that he heard something different from what they said. The snitch bolsters the story with details from non-incriminating reports that he actually did hear relative to the case, so the story is believable.

We've all heard the results of this practice – innocent people convicted because scumbag, lying, jailhouse snitches jumped on the case to try to get their own sentences reduced. This practice is encouraged directly and indirectly by the Government, because the snitch gets on the stand and tells the Government's story. The snitch can even be coached by the prosecution. Even if the snitch's story is proved to be a lie, the snitch is rarely, if ever, charged with perjury.

We've also heard what can be the rest of the story – that, not only is an innocent person convicted of a crime that he or she did not commit, but a guilty person receives a lesser sentence, and can be released to commit other serious crimes – murder, or importing pills (remember Sammy the Bull?) – placing the public in jeopardy – all because the snitch's testimony is needed to "prove" a case that is otherwise un-provable. If the Government needs to resort to the testimony of a prison snitch or a street rat or a dirty alcoholic or a prostitute to prove a case, then logic itself should warn us that the case is very weak. Yet, even victims of this practice that were not convicted were held for years, without bail, and forced to experience all of the losses associated with lengthy incarceration. Meanwhile, no one charges the prosecution with misconduct.

10.)  Prosecutors have immunity to lawsuits and criminal actions, so the consequences for violating a person's rights are legally insignificant to them. The same violations, perpetrated by the average citizen would cost that citizen dearly. In fact, it could subject him to persecution. This hiding behind immunity is so effective that, although prosecutorial misconduct is prevalent, it is almost never punished. I recall only one incident where the prosecutor was suspended, and in that case, he was suspended for only <u>one day</u>, and this <u>with pay</u>! The same conduct – suborning perjury – would cost a defense attorney his career, a large fine, et cetera. This double standard undeniably tips the scales of so-called justice in the favor of prosecutors and corrupt government agents.

In my case, investigators broke into my apartment without a legitimate warrant and essentially stole all of my important and proprietary property. Even if I am acquitted, the Government will still keep all of the property that they confiscated, including software that I was developing, book manuscripts, photographs, home videos, et cetera. I will not even receive an apology for activities that were essentially illegal – which in any other context would have been breaking and entering, burglary, armed robbery, and kidnapping. There will be no satisfying response to all that I have suffered, because the investigators, too, have immunity. When I think of Investigator Laudermilk, or Matt Vessar, Agent Coach, Agent Beaverman, Task Force Officer David Krow, U.S. Attorney Bradley Taylor, U.S. Attorney Beth Phillips, or U.S. Attorney Wolesky, I am sickened. I desire to see them all prosecuted for conspiracy, so that they can experience what I and many others here have experienced at the hands of the so-called "justice system."

11.)  The Constitution limits the type of cases to which the Government can be a party, and by doing so essentially reduces the possible number of criminal cases that fall under Federal jurisdiction. The Government uses a broad definition of "interstate commerce" (a type of "slow-lie") to circumvent this limitation. My case has fallen under Federal jurisdiction because Internet signals cross state lines. Is a 13-year-old kid who steals a loaf of Wonder Bread from a convenience store that has branches in a number of

states guilty of a crime connected to interstate commerce, simply because the company that produces Wonder Bread and branches of the store chain that he robbed, exist across state lines? I don't think so! However, the phrase "interstate commerce" is now so loose that it essentially allows the Federal government to define as Federal cases, cases that do not truly meet the criteria intended by that phrase, as originally defined. The consequences of this misapplication of the definition of interstate crimes are great to the person charged with those crimes, since Federal charges tend to carry stiffer penalties. Federal agents, because people perceive them to have more power, are therefore more intimidating, and are therefore also more likely to be successful in creating the pressures that lead to false evidence. For this reason, the likelihood of being unjustly convicted of a Federal crime is greater, as well.

12.) Since I am the defendant in my case, it is extremely important that I know as much about the facts of my case as anyone on my defense team, for I might know key facts, which would exonerate me, if I knew those facts were needed. However, a Government ban prevents defendants from possessing – and therefore studying at leisure -- copies of the entire body of the Federal discovery material. The defendant's knowing the full content of the allegations and of the evidence that is to be used against the defendant, is part of our Constitutional and essential right to confront adverse witnesses and evidence. I believe that that right is every bit as important as the right to be free from "cruel and unusual punishment." It is unfair to require an innocent defendant to wage an adequate defense against an enemy that he or she cannot even see!

13.) Of course, the right to be protected from cruel and unusual punishment is not honored, either. Indeed, a person who is innocent until proven guilty should not receive even a just punishment, until after that person has been proven guilty. However, I personally have been subjected to sexual harassment, physical assaults, and even to water boarding at the hands of guards in correctional facilities. For example, I was incarcerated at Steuben County Jail in October, 2010, when Corrections Officer Jonathan Barkley was arrested for assault. Prior to that arrest,

agents of the Federal Government who were housing inmates in that facility knew of the ongoing abuse to which the Federal inmates housed at that facility were subjected. I believe that no one did anything to stop the abuse because it was part of a plan to terrify us into becoming willing to perjure ourselves; to "debrief"; to engage in "proffering"; to make false statements that would have delivered us, at least from that immediate abuse, even if those statements could be used to place us into lengthy incarceration, for the rest of our lives. Nearly every defendant can give you the name of guards in facilities in which they have been housed whose job it seemed to be to make the prisoners' already miserable situation even worse by abusing them. In the Steuben County cases, the guard slipped up, abused one of the prisoners on camera, and was caught. In 99.9 percent of other cases, the guards are never caught; and when they are, they are not punished, even with a reprimand.

I have been held in facilities in which I literally saw abuse in all of its incarnations raise its ugly head every single day. The torture has no eligibility requirements, except that a person be one of the "accused." I still live in fear of when it will come to me again. I am still amazed by types of torture I have seen. For example, there is the type of torture inmates refer to as "diesel therapy". An inmate is picked for any reason. Perhaps he has utilized his first amendment rights and filed a request to redress a grievance. He or she is placed on a bus bound for a far-off detention or holding facility, where she or he has no means of communicating with friends, family, or lawyer, for several weeks; then bussed or flown to yet another location for some additional weeks. In transit, basic human necessities, as well as basic comforts (such as showers and hot meals), are suspended. Personally, I spent over a month being flown around the country, eating three bologna sandwiches a day, unable to call anyone close to me or my lawyer, ultimately smelling as one smells after having been unable to shower for an entire month. This allows the Government additional time to screw us more by punishing us legally for invoking our rights.

Invoking a defendant's rights, or expressing dissention, can cause an inmate more grief than is comprehendible. I will use as an example an incident from Steuben County Jail. Inmate X is

sexually accosted by an Officer Kester and subsequently fills out a complaint form asking that this guard be reprimanded for his action. Kester's friend and co-worker – Captain Hand – denies defendant X's request for redress. Now, defendant X becomes the target of every guard at the jail. He receives multiple disciplinary actions and is placed in "the Box" for the pettiest of allegations, such as retaining too many books in his cell; and charged a $25.00 (in my mind, an extortion) fee for each guilty disciplinary finding. X attempts to launch appeals, but since the hearing officer writes the report of the hearings, twisting the facts any way he liked, X loses his appeals...

The differences in judicial treatment between inmates and corrections officers contrast as much as night and day. A guard and his friends are almost never found to be guilty of a compliant or grievance, but even when they are found to be guilty, remember, the inmate was always found to be guilty first.

14.) A man here with me is about 87 years old; has a tumorous hunch on his back; and has less than two years to live. He is accused of conspiring to possess red phosphate -- a chemical used to manufacture methamphetamines. The chemical is found in the red strikers of matchbooks. The amount that he was supposedly conspiring to possess was about as much as would exist in a box of 50 books of matches, an amount worth – obviously -- not much. This man is not a large, cartel, kingpin type. Yet, he is now being sentenced to 180 months or so. For him, this is "for life". I cried for this man, who barely knows his own name, and has no family. When he dies in jail or prison, he will die with a whimper. I can only pray that there is a Heaven and that God treats him better than man did. There is no reason for him to continue to be incarcerated.

15.) Prisons ought to be for punishing violent people and for rehabilitating others. However, the aim of the justice system has become so skewed that punishment is now the order of the day. Prison businesses become profitable, by employing inmates at wages that are so small that those inmates are essentially slaves, even though, of course, slavery violates our Constitution. Even the private sector has joined the business. Corrections Corporation of

America, a private for-profit company, now houses the greatest number of Federal pre-trial detainees. How can a prisoner expect to be treated with a decent meal and be protected from slavery, when the employees own stock and are therefore more concerned about the bottom line than with the bottom feeding that they offer us? They substitute a law library with a once-a-month, useless facility attorney who is supposed to answer and assist in legal issues, but, as I've discovered, he spends more time telling the inmate what he (the facility attorney) cannot do than providing actual help. There may be a financial motive greater than the cost of a true library in operation here. Making sure that the defendants remain too ignorant to defend themselves prevents them from learning how to successfully sue the jail and deprive the facility of its profits.

Nothing in jail is designed to rehabilitate. I personally requested permission to expand my education by means of correspondence courses. My family was willing to pay all of the expenses associated with my taking the courses. Yet, permission was denied by this detention facility. They do allow books and letters to enter the facility via of mail. Mind you – I am accused of a crime, not convicted of it. Did the denial stem from the detention center's fear that an inmate might learn, understand, and become less likely to sit idly by while the Government takes away all if his Constitutional rights?

Of course, this is not an exhaustive list of my observations, although I am stopping here because I am not only exhausted from writing the list, but from living it. I used examples herein regarding my own situation because I did not wish to write another man's story. These issues, however, transcend not only me, but also race, gender, nationality, and criminal charge. In the Great Scheme of things, these issues affect everyone. I hope that other inmates near me will receive a copy of this and add their own examples to mine, so that I can put everyone's together and collectively flood the Government with what they are doing. More than that, I <u>earnestly appeal</u> to and challenge everyone who reads this letter to add their own examples, to forward their own anecdotes to everyone remotely concerned with this and other similar issues. <u>Please</u> sign and forward a copy of this letter, with your addenda, and with any other addenda that were attached to it when you received it -- forward it

to your contacts, to judges, to police departments, to politicians, to public defenders, to private attorneys, to people of prominence, to protesters, to human rights advocates and activists, to law schools, to professors, to pro-bono legal departments... Use Facebook, E-mail, snail mail, smoke signals, whatever it takes to send it to the press, to alternative communities, to families – so that each can forward all to the next contact list... and <u>don't forget to send a copy of all of the addenda to me</u>. I pray that organizations will join the effort, and send a copy of this letter with its addenda to their mailing lists. News and other media organizations – <u>please</u> post a copy of this letter on your website and forward the responses to me and to others. I pray that this letter will result in at least 200,001 responses and attachments. If we do this, we will open an ever-increasing flood of examples of how meaningless our Constitution has become, with regard to prisoners' rights. We must stand together <u>now</u>. Please, for the sake of change, let's get together and hold up a collective mirror to the Government, so it can see its face! I pray that they will find a way to cure these gross injustices and actual violations of the law.

Martin Luther King, Jr. said, "Injustice found anywhere is a threat to justice everywhere." Thomas Jefferson said, "Nothing is unchangeable except the inherent and inalienable rights of man." Let us all honor these sentiments with the most effective actions that we can muster.

I am grateful to everyone who responds to this letter. <u>Thank you</u>!

Signed: _____
Joseph A. Camp
#18474-055
CCA Leavenworth Detention Center
100 Highway Terrace
Leavenworth, KS 66048

TAMMY L. PERKINS
Notary Public - State of Kansas
My Appt. Expires 10-19-2013

The next page contains supporting signatures.

America, a private for-profit company, now houses the greatest number of Federal pre-trial detainees. How can a prisoner expect to be treated with a decent meal and be protected from slavery, when the employees own stock and are therefore more concerned about the bottom line than with the bottom feeding that they offer us? They substitute a law library with a once-a-month, useless facility attorney who is supposed to answer and assist in legal issues, but, as I've discovered, he spends more time telling the inmate what he (the facility attorney) cannot do than providing actual help. There may be a financial motive greater than the cost of a true library in operation here. Making sure that the defendants remain too ignorant to defend themselves prevents them from learning how to successfully sue the jail and deprive the facility of its profits.

Nothing in jail is designed to rehabilitate. I personally requested permission to expand my education by means of correspondence courses. My family was willing to pay all of the expenses associated with my taking the courses. Yet, permission was denied by this detention facility. They do allow books and letters to enter the facility via of mail. Mind you – I am accused of a crime, not convicted of it. Did the denial stem from the detention center's fear that an inmate might learn, understand, and become less likely to sit idly by while the Government takes away all if his Constitutional rights?

Of course, this is not an exhaustive list of my observations, although I am stopping here because I am not only exhausted from writing the list, but from living it. I used examples herein regarding my own situation because I did not wish to write another man's story. These issues, however, transcend not only me, but also race, gender, nationality, and criminal charge. In the Great Scheme of things, these issues affect everyone. I hope that other inmates near me will receive a copy of this and add their own examples to mine, so that I can put everyone's together and collectively flood the Government with what they are doing. More than that, I <u>earnestly appeal</u> to and challenge everyone who reads this letter to add their own examples, to forward their own anecdotes to everyone remotely concerned with this and other similar issues. <u>Please</u> sign and forward a copy of this letter, with your addenda, and with any other addenda that were attached to it when you received it -- forward it

to your contacts, to judges, to police departments, to politicians, to public defenders, to private attorneys, to people of prominence, to protesters, to human rights advocates and activists, to law schools, to professors, to pro-bono legal departments... Use Facebook, E-mail, snail mail, smoke signals, whatever it takes to send it to the press, to alternative communities, to families – so that each can forward all to the next contact list... and <u>don't forget to send a copy of all of the addenda to me</u>. I pray that organizations will join the effort, and send a copy of this letter with its addenda to their mailing lists. News and other media organizations – <u>please</u> post a copy of this letter on your website and forward the responses to me and to others. I pray that this letter will result in at least 200,001 responses and attachments. If we do this, we will open an ever-increasing flood of examples of how meaningless our Constitution has become, with regard to prisoners' rights. We must stand together <u>now</u>. Please, for the sake of change, let's get together and hold up a collective mirror to the Government, so it can see its face! I pray that they will find a way to cure these gross injustices and actual violations of the law.

Martin Luther King, Jr. said, "Injustice found anywhere is a threat to justice everywhere." Thomas Jefferson said, "Nothing is unchangeable except the inherent and inalienable rights of man." Let us all honor these sentiments with the most effective actions that we can muster.

I am grateful to everyone who responds to this letter. <u>Thank you</u>!

Signed: _[signature]_ 5/16/11
Joseph A. Camp
#18474-045
CCA Leavenworth Detention Center
100 Highway Terrace
Leavenworth, KS 66048


The next page contains supporting signatures.

Torture.

Dispite being an American citizen, and innocent until proven guilty, I sadly, for the last 5 months at Steuben County Jail, have been tortured, starved, attacked brutally by the gaurds, extorted by my captors, denied medicaly attention, access to an adiquite law library, and sexually harrassed, on numerous occasions by the employees of the government.

Fortunatly, the main aggressors were arrested and charged with assault, one was transfered, and another was suspended, thanks only to Divine intervention, not the U.S Marshals or the Justice Department.

The Federal Magistraite Judge in the Western District of NewYork is aware of these attacks, and problems, she even ask, on the record, that the U.S. Marshals investigate the matter. Unbeknownest to her, or myself, there was/is, all ready a large investigation into the claims of abuse by a staggering number of the population due to secrecy and subtlety reasons, and jurisdictional crap, the Marshals were unable to act on the Judges request for an investigation and, I was wrote off for the cause. The torture and abuses continued up until the day prior to my being transfered here to Missouri.

I am under the impression that the investigation is ongoing and probally hindered because, I am speaking of it now, but I must do so to assure my safety. Since, I believe the torture was done with the blessings of at least one Federal agency, and, I believe the University of Central Missouri, in an attempt to influence the decisions, I make in the course of my defense. I am still petrified that, I will again be awoken at 6:30 a.m. to a platoon of rough government

officers with torture on the agenda. I beg and pray this Court to please instruct the government of the protections of the U.S. Constitution, and promise me ~~that~~ and the people, that any attempt to torture me again, such as state employed water boarding me in the toilet, will result in immediate and harsh consequences for the government, and the entity who sanctioned the torture, and the pigs who are doing the torturing. This is not Gitmo, and I am not an Enemy Combatant.

I intend to file a civil right suit against The Justice Department, The F.b.i., the U.S. Marshals, The Steuben County Jail and Sheriffs, The University of Central Missouri, and the individuals in charge of the agency's, plus the torturers in their individual and official capacity. I ask everyone to please keep track of my suit, and know that if I recover any punitive award, I will donate every cent to a charity in New York, of which I am fond.

Thank you Judge for allowing me to proffer. I hope & pray that Mr. Wolleski will not resort to more torture and hacking up the Constitution, ~~by~~ to obtain a conviction like his co-workers and agents in the Government, - That is since, I am hoping he had nothing to do with the rough actions of the agents, University pigs, etc., who acted independent ~~of Mr. Wolleski~~ within their agency they are employed at.

I ask that this Court, and the American People oversee my detention to assure me & America, of my safty.

Thank You,