IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 10-00318-01-CR-W-ODS

JOSEPH A. CAMP

AUSA: Matthew Wolesky
Defense Atty.: Bill Raymond

| JUDGE | **John T. Maughmer** United States Magistrate Judge | DATE AND TIME | **June 2, 2011** 11:30am - 12:10pm |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | None | PRETRIAL/PROB: | None |

# CLERK'S MINUTES

HEARING ON PRO SE MOTION TO DISMISS CASE

**REMARKS:** Parties present in person and with counsel. The Court takes up the Motion To Dismiss Case filed by defendant Camp, pro se, on May 19, 2011 (Doc. 21). The Court advises the defendant that all motions must be filed through his court appointed attorney, pro se motions will not be considered by the Court. The Court addresses the issues raised in the motion with the defendant. The pro se motion is denied. The Court also addresses concerns the defendant has regarding his current legal representation and discovery matters. The defendant advises the Court he wishes to continue with his current legal representation by Mr. Raymond. Mr. Raymond advises the Court that he anticipates requesting a continuance of the current trial date due to recent receipt of new discovery in this case and will need additional time to review this material. The defendant addresses the Court regarding issues involving discovery materials. The defendant requests that he be allowed to have copies of discovery material. The Court explains the reasons that the defendant is not allowed to keep copies of discovery material and denies the defendant's request. The Court discusses the request for a continuance of the trial date and inquires of the defendant if he will agree to the continuance. The defendant will agree to the continuance. The Court will anticipate the filing of a request for continuance. Court adjourned.