Joseph A. Camp 18474-055
CCA Leavenworth Detention
100 Highway Terrace
Leavenworth, Kansas 66048

United State District Court
Western District of Missouri
Court Clerk
400 East Ninth Street #1510
Kansas City, Missouri 64106

Sept. 2011

US. v. Camp et al.
10.00318.01.CR.W.ODS

Dear.

Please file this enclosed letter electronically for notification to all parties concerned, and the United States Magistrate Judge John T. Maughmer.

Thank You.

*[signature]*

Joseph A. Camp #18474-055

CC-self
enclosed: as stated above.

Joseph A. Camp
#18474-055
CCA Leavenworth
100 Highway Terrace
Leavenworth, KS 66048

United States Magistrate Judge
  Honorable John T. Maughmer
400 East Ninth Street, #5510
Kansas City, Missouri 64106

Sept. , 2011

Case number: 10-00318-01-CR-W-ODS
United States v. Camp et al.

Sir,

  Respectfully, for the following reason, I ask that you please recuse yourself from my case as the Magistrate Judge, and allow my matter to be judged by another individual, and restart my matter from arraignment.
  It has come to my attention that you have previously collaberated with James R. Wyrsch

-pg 1 of 3-

Case 4:10-cr-00318-BCW   Document 47   Filed 10/05/11   Page 2 of 4

esquire/attorney for my alledged co-defendant, Daniel Jo Fowler), in providing material for publication in the Federal Forms books. Even if no monetary profit exsists the combined business venture would naturally allude to a closer, more personal, level of relationship with Mr. Wyrsch - attorney for Daniel Fowler, than my own.

I wish that I could hire an attorney who has such a relationship with the presiding official.

If needed I can provide the book citation, and page number to verify my claim.

WHEREFORE, I beg, plead, and pray that you null and void all past decision pertaining to my case - to include Daniel Jo Fowler's, change of plea, and remand the entire matter back to arraignment before another magistrate who is not conflicted.

Thank you kindly for reconizing this oversight, and recusing yourself. In the event you do

not agree, please grant me leave to seek an Order from the 8th Circuit Court of Appeals, and a stay in the current case until such time that the Circuit Court (and/or Supreme Court), can rule definitively on the matter.

RESPECTFULLY SUBMITTED FOR CONSIDERATION,
YOUR HUMBLE SERVENT,

Joseph A. Camp
#78474-055

CC: Self
Bill Raymond Esq.
K.C. Star; Mark Morris