IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-00318-01-CR-W-ODS |
| JOSEPH A. CAMP, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Pending before the Court is the *pro se* letter request (Doc. No. 47) of defendant Joseph A. Camp for the undersigned to recuse from any further involvement in this case. Section VII(A) of the Scheduling and Trial Order entered in this case requires that "For defendants who are represented by counsel, the Court will only accept filings made by counsel. Pro se filings **will not** be accepted for defendants who are represented by counsel." Defendant Camp is represented by counsel in this case. Any request seeking recusal must be filed by counsel, not *pro se* by defendant Camp. For this reason, it is

ORDERED that the *pro se* letter request (Doc. No. 47) of defendant Joseph A. Camp for the undersigned to recuse from any further involvement in this case is DENIED.

      /s/ JOHN T. MAUGHMER
John T. Maughmer
United States Magistrate Judge