Joseph A. Camp 18474055
CCA Leavenworth Detention
100 Highway Terrace
Leavenworth, Kansas 66048

Clerk of the Court
United States Courthouse
Charles Evans Whittaker Courthouse
400 East Ninth Street; Room 1510
Kansas City, Missouri 64106

10/11/2011

United States v. Joseph Camp et al.
10.00318.01/02.CR.W.ODS

Please file a copy of this electronically for notification to all parties, and the honorable John T. Maughmer

(1) Letter to Judge
(2) Freedom of Information Request to Matthew Wolesky (originals to Ass. Attorney Wolesky)
(3) Appeal of Freedom of Information Request.

Thank you.

[signature]
JOSEPH A. Camp

cc: self
enclosed as stated.

Joseph A. Camp #18474-055
CCA Leavenworth Detention
100 Highway Terrace
Leavenworth, Kansas 66048

United States Magistrate
The Honorable John T. Maughmer
Charles Evans Wittaker Courthouse
400 East Ninth Street; Room 1510
Kansas City, Missouri 64106

October 11 2011.

United States v. Joseph Camp et al. 10.00318.01/02.CR.WOODS

Sir:

I respectfully ask that you recuse yourself from my criminal matter. My reason is as follows:

I filed a §1331 suit against "Attorney" Bill Raymond. I intend to call you (as well as Matthew Wolesky, and Beth Phillips) as a witness to discuss the off-the-record conversations you and Bill Raymond (and Mr. Wolesky and Bill Raymond etc.) had, pertaining to my criminal case.

As a witness in the civil suit you cannot possibly stay neutral in the criminal matter.

WHEREFORE, Please recuse yourself.

RESPECTFULLY,

Joseph A. Camp

NOTARY PUBLIC