
Joseph A. Camp: 18474-055
*An America Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048


Date: 12 / 05 /2011

To: United States Magistrate Judge John T. Maughmer
Western District of Missouri
Charles Evans Wittaker Courthouse
400 East Ninth Street: 1510
Kansas City, MO 64106

Re: United States v. Joseph A. Camp   10-00318-01/02-CR-W-ODS.

Dear Sir,

For the reasons in my previous letters I am requesting that my indictment be dismissed with ~~no~~ jeopardy attached.
To include,
 Speedy trial violations,
 due process violations,
 Discovery matters violations,
 Prevention of confronting evidence & witnesses violations
 Just about the entire constitution violated.

Please dismiss the charges, as I will never be able to recieve a fair trial now.
Thank you kindly,

*[signature]*

CC - self




Joseph A. Camp: 18474-055
*An American Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048

---

To: Clerk of the Court for
John T. Maughmer
Western District of Missouri
Charles Evans Whittaker Courthouse
400 East Ninth Street: 1510
Kansas City, MO 64106

Date: Dec 5 / 2011

Re: U.S.A. v. Camp  10-00318-01/02-CR-W-ODS

Dear Sir:

For reasons all ready expressed in my previous letters, to include Speedy trial violations, Due Process violations, Discovery violation, refusal to allow me to confront evidence and witnesses, etc., I ask that all the charges against me be dismissed with jeopardy attached.

Thank you for your attention to this matter, and desire to right this injustice.

JOSEPH A. CAMP

CC - self

Page 1 of (1)