IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-00318-01-CR-W-ODS |
| JOSEPH A. CAMP, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Pending before the Court is the *pro se* motion of defendant Joseph A. Camp to dismiss the indictment in this case. Pursuant to Section VII (A) of the Scheduling and Trial Order entered in this case on February 7, 2011, it is

ORDERED that the *pro se* motion of defendant Joseph A. Camp to dismiss the indictment in this case is DENIED.

                                                   /s/ JOHN T. MAUGHMER
                                                          John T. Maughmer
                                          United States Magistrate Judge