

**Joseph A. Camp: 18474-055**
*An American Hostage*
**Corrections Corporation of America**
**Leavenworth Detention Center**
**100 Highway Terrace**
**Leavenworth, Kansas 66048**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 10.00318.01/02.CR.W.ODS** |
| | ) | |
| **JOSEPH A. CAMP,** | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

Pursuant to UNITED STATES Constitution and the inherent power of this Court to regulate and control the conduct of the proceedings before it, the Defendant, JOSEPH A. CAMP moves the Court for an order: (1) enjoining the UNITED STATES from further prosecuting this indictment; and, (2) confirming that the UNITED STATES Constitution guarantees a defendant the right to a speedy trial and that in this case Defendant JOSEPH A. CAMP has been denied that right.

## SUGGESTION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

### A. Procedural History

On November 18, 2010, defendants JOSEPH A. CAMP and DANIEL J. FOWLER, were indicted on seven counts related to computer hacking and identity theft (Doc. 1). The Indictment

Defendant's Motion for Protective Order
(Plus supporting Declaration, Certificate of Service, and Cover Letter)
UNITED STATES v. JOSEPH A. CAMP
Number: 10.00318.01/02.CR.W.ODS – Page 2

JOSEPH A. CAMP: Register Number: 18474-055
*An American Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
Telephone: CAMP will have to call you collect

**Joseph A. Camp: 18474-055**
*An American Hostage*
**Corrections Corporation of America**
**Leavenworth Detention Center**
**100 Highway Terrace**
**Leavenworth, Kansas 66048**

alleges that between on or about March 1 2009, and continuing thereafter to on or about March 1, 2010, CAMP and FOWLER unlawfully hacked into, and without authorization gained access to, the University of Central Missouri (UCM) computer network.

In the first week of January 2011[1] CAMP was brought to the Federal Courthouse and additionally was provided an attorney from the Federal Public Pretenders Office for the Western District of Missouri[2]. Shortly thereafter CAMP was again brought to the Federal Courthouse for scheduling and was given a date of February 2011[3] for trial.

After speaking to WILLIAM RAYMOND of the Federal Public Pretenders Office CAMP was confident that he would be successful at trial on the February 2011 date[4], and demanded that WILLIAM RAYMOND not continue that trial.

At the next hearing that I was allowed to attend sometime in early February 2011, the Court continued my trial over my objections, and assertions of my right to speedy trial.

From that hearing in early February 2011 until present, CAMP has only agreed to a short continuance to allow WILLIAM RAYMOND additional personal time[5] before proceeding with my trial. This Court continued the trial until October 2011.

At some time between the August and October 2011 date WILLIAM RAYMOND figured out that he was not competent enough or had enough experience with such a complicated case to defend

1 Date is unknown for certain by JOSEPH A. CAMP.
2 WILLIAM RAYMOND was ultimately assigned.
3 Date unknown exactly at this time.
4 An opinion that WILLIAM RAYMOND did not share.
5 WILLIAM RAYMOND'S wife had recently had a baby at this time and therefore he was justifiably distracted.

JOSEPH A. CAMP: Register Number: 18474-055
*An American Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
Telephone: CAMP will have to call you collect

Defendant's Motion for Protective Order
(Plus supporting Declaration, Certificate of Service, and Cover Letter)
UNITED STATES v. JOSEPH A. CAMP
Number: 10.00318.01/02.CR.W.ODS – Page 3

**Joseph A. Camp: 18474-055**
***An American Hostage***
**Corrections Corporation of America**
**Leavenworth Detention Center**
**100 Highway Terrace**
**Leavenworth, Kansas 66048**

me that he was too distracted to learn the matter[6].

CAMP and wrote several letters to the Court demanding and asserting his right to speedy trial[7].

In July 2011 CAMP wrote "*An Open Letter Letter to the American People*" which he sent to a mailing list of several thousand individual to include the prosecutors and courts as well as Senators and Constitutional Rights activists. In this letter CAMP again asserted that his rights to speedy trial has been violated[8].

CAMP no longer wants a "speedy trial" as that time has come and gone, but wishes that the Indictment be dismissed for violation of his right to a speedy trial.

**B. Relevant Fact**

CAMP has asserted his rights to speedy trial above and beyond the requirement of the Circuit Courts, indeed there can be no question of CAMP wanting to be tried as quickly as possible.

CAMP did nothing to prohibit or hinder the prosecution of this matter. CAMP should be responsible for WILLIAM RAYMOND'S idiocy and failure to follow his clients desires. CAMP is now prejudiced beyond simply harmless error as a result of this theft of his Constitutional Right.

---

6 WILLIAM RAYMOND also used the excuse of a conflict of interest which CAMP feels was self serving and therefore did not mention in the body of this document.

7 As well as other rights that include the ability to process a copy of the discovery material -since WILLIAM RAYMOND was infrequent in his abilities to bring the material to the Detention Center, the Detention Centers prohibition on bringing writing utensils to the attorney visit room, and WILLIAM RAYMOND almost never bringing the material himself and therefore was never available to answer CAMPS questions about the matter that CAMP would often forget because he was not allowed to write notes down concerning the material.

8 The "Open Letter" can be found somewhere on the Court's CM-ECF system for electronic retrieval although CAMP does not know the Document Number corresponding to it.

JOSEPH A. CAMP: Register Number: 18474-055
*An American Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
Telephone: CAMP will have to call you collect

Defendant's Motion for Protective Order
(Plus supporting Declaration, Certificate of Service, and Cover Letter)
UNITED STATES v. JOSEPH A. CAMP
Number: 10.00318.01/02.CR.W.ODS – Page 4

 

**Joseph A. Camp: 18474-055**
***An American Hostage***
**Corrections Corporation of America**
**Leavenworth Detention Center**
**100 Highway Terrace**
**Leavenworth, Kansas 66048**

Such prejudice include, loss of contact with favorable witnesses[9], loss of evidence[10], loss of CAMP'S liberty, loss of CAMP'S status and standing in the community.

Unlike Daniel J. Fowler who can afford to buy his way out on bail, CAMP -who is charged ironically as a less culpable co-defendant[11]- has been incarcerated and denied bail or bond and has been subjected to all the harshness that comes as a result of such an incarceration[12]

## C. Argument and Authorities

The UNITED STATES Constitution protects the right to speedy trial.

As stated above CAMP has no way to research the relevant precedent, the case citations, or the statutes for speedy trial and the definitions of law etc. in a manner that will be to the satisfaction of this sovereign court. Therefore CAMP appeals to the sense of right and wrong and hope that this humble explanation is enough to, at very least put this matter on the record for review of a higher court if -God

9 CAMP'S witnesses include foreign students who will have graduated and gone back to their country of origin

10 Some of the lost evidence includes documents and files stored at a remote location that destroys the contents if certain upkeep's are not made, such as a once a month log in requirement, a $10 a month payment for electronic storage etc., it need not be said that now after a prolonged Campaign against CAMP'S right to speedy trial that this evidence has been destroyed by the company at no fault to CAMP, other prejudices include the UNITED STATES being able to use their endless resources to continue to manufacture evidence that was nonexistent at the time of the original trial date -such as Daniel J. Fowler at the date of the February trial had yet to succumb to the pressures of the UNITED STATES to proffer and was still insisting on his original story to the Federal Agents that was favorable to CAMP, however with the undue pressures of time restraints etc (to example only one type of pressure) Daniel has committed perjury at the request of the UNITED STATES Attorneys arguably this is Witness Tampering and Obstruction of Justice, while CAMP has run out of money to continue to search for defense favorable evidence by means of a private investigator, expert witnesses etc..

11 It is clear from the Indictment that the UNITED STATES Government believes that Daniel J. Fowler is the one who created the so-called "virus" that is at the heart of this Indictment.

12 CAMP has been beaten, had his head "flushed" in the toilet, sexually harassed by guards and chiefs alike. CAMP has filed a *BIVENS ACTION against* the pigs who are responsible for some of the abuse he has suffered, this BIVENS is still pending in the District Court of Kansas, Topeka, other abuses CAMP has suffered are starvation, solitary confinement for "administrative segregation" (read for no reason what-so-ever), abrasive language and threats by the UNITED STATES Marshals each time CAMP is brought to court, loss of contact with family and friends, the inability to continue CAMP'S education while at the Detention Center, the inability to study in detail the charges alleged against CAMP as the Detention center has a prohibition on a Law Library choosing to employ the services of a useless facility lawyer (who has been sued in the past because of his uselessness; see Peoples v. CCA Detention Centers, 10th Cir). Plus other forms of abuses and violence and deprivations.

Defendant's Motion for Protective Order
(Plus supporting Declaration, Certificate of Service, and Cover Letter)
UNITED STATES v. JOSEPH A. CAMP
Number: 10.00318.01/02.CR.W.ODS – Page 5

JOSEPH A. CAMP: Register Number: 18474-055
*An American Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
Telephone: CAMP will have to call you collect

 

**Joseph A. Camp: 18474-055**
***An American Hostage***
**Corrections Corporation of America**
**Leavenworth Detention Center**
**100 Highway Terrace**
**Leavenworth, Kansas 66048**

forbids- justice is aborted and CAMP is convicted of this farce of an Indictment.

**D. Conclusion**

For the foregoing reasons, the Defendant JOSEPH A. CAMP respectfully requests that the Court (1) confirm that the UNITED STATES Constitution guarantees a defendant the right to a speedy trial and that in this case Defendant JOSEPH A. CAMP has been denied that right. [redacted] and, (2) enjoin the UNITED STATES from further prosecuting this indictment; and, (3) grant such other and further relief in Favor of the Defendant JOSEPH A. CAMP as the Court finds just and proper.

Respectfully Sent in the mail this 16 day of February 2012.

JOSEPH A. CAMP: 18474-055
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas. 66048

Sworn to before me this
16 day of January 2012.

JACQUELINE G. FARR
Notary Public - State of Kansas
My Appt. Expires 02/14/2014

NOTARY PUBLIC, State of Kansas
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048

JOSEPH A. CAMP: Register Number: 18474-055
*An American Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
Telephone: CAMP will have to call you collect

Defendant's Motion for Protective Order
(Plus supporting Declaration, Certificate of Service, and Cover Letter)
UNITED STATES v. JOSEPH A. CAMP
Number: 10.00318.01/02.CR.W.ODS – Page 6

 

**Joseph A. Camp: 18474-055**
***An American Hostage***
**Corrections Corporation of America**
**Leavenworth Detention Center**
**100 Highway Terrace**
**Leavenworth, Kansas 66048**

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 10.00318.01/02.CR.W.ODS** |
| | ) | |
| **JOSEPH A. CAMP,** | ) | |
| **Defendant.** | ) | |

## DECLARATION

The undersigned declares under penalty of perjury of the laws of the UNITED STATES that the factual statements in the foregoing pleading are true and correct to the best of his knowledge, information and belief.

JOSEPH A. CAMP: 18474-055
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas. 66048

JACQUELINE G. FARR
Notary Public - State of Kansas
My Appt. Expires 02/14/2014

Sworn to before me this day of January 2012.

NOTARY PUBLIC, State of Kansas
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048

Defendant's Motion for Protective Order
(Plus supporting Declaration, Certificate of Service, and Cover Letter)
UNITED STATES v. JOSEPH A. CAMP
Number: 10.00318.01/02.CR.W.ODS – Page 7

JOSEPH A. CAMP: Register Number: 18474-055
*An American Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
Telephone: CAMP will have to call you collect

Case 4:10-cr-00318-BCW Document 71 Filed 02/22/12 Page 6 of 9




**Joseph A. Camp: 18474-055**
***An American Hostage***
**Corrections Corporation of America**
**Leavenworth Detention Center**
**100 Highway Terrace**
**Leavenworth, Kansas 66048**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 10.00318.01/02.CR.W.ODS** |
| | ) | |
| **JOSEPH A. CAMP,** | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was placed in the mail according to the rules of the CCA Leavenworth Detention Center located at:

JOSEPH A. CAMP
Register Number: 18474-055
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048

posted prepaid and addressed to:

Clerk of the Court
Federal District Court
Western District of Missouri
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 1510
Kansas City, Missouri 64106

Defendant's Motion for Protective Order
(Plus supporting Declaration, Certificate of Service, and Cover Letter)
UNITED STATES v. JOSEPH A. CAMP
Number: 10.00318.01/02.CR.W.ODS – Page 8

JOSEPH A. CAMP: Register Number: 18474-055
*An American Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
Telephone: CAMP will have to call you collect

 **Joseph A. Camp: 18474-055**
***An American Hostage***
**Corrections Corporation of America**
**Leavenworth Detention Center**
**100 Highway Terrace**
**Leavenworth, Kansas 66048**

for electronic delivery and notification to all parties and counsel of record and the Magistrate Judge and the District Court Judge and the Clerks if they so choice and the counsel for Daniel J. Fowler and anyone else that is registered to get a copy via the CM-ECF system.

JACQUELINE G. FARR
Notary Public - State of Kansas
My Appt. Expires 02/10/2014

Sworn to before me this
16 day of January 2012.

JOSEPH A. CAMP: 18474-055
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas. 66048

NOTARY PUBLIC, State of Kansas
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048

Defendant's Motion for Protective Order
(Plus supporting Declaration, Certificate of Service, and Cover Letter)
UNITED STATES v. JOSEPH A. CAMP
Number: 10.00318.01/02.CR.W.ODS – Page 9

JOSEPH A. CAMP: Register Number: 18474-055
*An American Hostage*
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
Telephone: CAMP will have to call you collect

Jošeph A. Camp: Register Number: 18474-055
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048

RECEIVED
12 FEB 22 PM 12:3?
CLERK U.S. DIST. COUR
WEST. DIST. OF MO.
KANSAS CITY, MO.

LEGAL MAIL ENCLOSED
INDIGENT
CONFIDENTIAL

Clerk of the Court
Western District of Missouri
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 1510
Kansas City, Missouri 64106

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 000.650
0001621438 FEB 17 2012
MAILED FROM ZIP CODE 66048

NOTE: This correspondence was from a correctional institution... contents are uncensored

64106+2607