IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-00318-01-CR-W-ODS |
| JOSEPH A. CAMP, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Pending before the Court is the *pro se* motion (Doc. No. 78) of defendant Joseph Camp seeking discovery from the government. Pursuant to Section VII(A) of the Scheduling and Trial Order entered in this case, motions filed *pro se* by defendants who are represented by counsel are prohibited. Defendant Camp is represented by counsel. For this reason, it is

ORDERED that the *pro se* motion (Doc. No. 78) of defendant Joseph Camp seeking discovery from the government is DENIED.

                                                                      /s/ JOHN T. MAUGHMER
                                                                         John T. Maughmer
                                                              United States Magistrate Judge