# FORENSIC COMPUTER SERVICE

ELECTRONIC EVIDENCE PROCESSING & ANALYSIS
CIVIL ~ CRIMINAL ~ CORPORATE

1324 Clarkson/Clayton Center
PMB 324
St. Louis, MO. 63011

636-273-4400 · 314-215-4162 fax
sales@forensiccomputerservice.com

| Bill To |
| --- |
| Mr. John Picerno<br>1118 McGee<br>Suite 2000<br>Kansas City, MO. 64106 |

# Invoice

| Date | 5/21/2012 |
| --- | --- |
| Invoice # | 2362 |

| P.O. No. | Terms | Case # |
| --- | --- | --- |
| CJA/Order | Due on receipt | US v CAMP |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1 | 3/16/12 - Freight & Insurance - 2 blank hard drives FEDEX 2-day to HAR Federal Crime Lab to put evidence files on | 21.09 | 21.09 |
| 0.5 | Copy 7 CDROM's of government discovery to secure server | 250.00 | 125.00 |
| 1 | Copying of multiple discovery CDROM's into case file on forensic computer; multiple Email's with counsel, AUSA and HARFCL | 250.00 | 250.00 |
| 1 | 4/20/12 - Freight & Insurance - 1 blank hard drive FEDEX next day to HAR Fedeal Crime Lab for new computer evidence from Washington D.C. | 31.50 | 31.50 |
| 1.5 | 5/3/12 - Copy 34 CDROM's of discovery from AUSA to hard drive; make copy for defense counsel | 250.00 | 375.00 |
| 1 | 5/3/12 - Freight & Insurance - Return discovery to defense counsel | 32.84 | 32.84 |
| 3 | 5/6/12 - Review all HARFCL evidence processing items and UCM reports showing seizure/voluntary submission for examination. Compare results to electronic evidence received thus far. Create list of anomolies regarding evidence received and not received to date. Create EXCEL spreadsheet of evidence files and disposition | 250.00 | 750.00 |
| 1 | 5/17/12 - Freight & Insurance - Return discovery to defense counsel (old CD's and New, New York) 2-day FEDEX | 16.28 | 16.28 |
| 3 | 5/17/12 - 5/20/12 - Copy all electronic evidence files to forensic lab system, verify against originals. Copy all electronic evidence files to secure storage server, verify against originals; evidence preservation completed to date on the following items received from government:<br>#55561, #55562, #55596, #60161, #60163, #60165, #60167, #60168, #60169, #60173, #60969, #60970, #61131, #61166, #61649, #65049, #65050, #67368, #q1427, #q1512, #q1514 | 250.00 | 750.00 |

Our FEIN is: 20-0820548. Thank you for your business.

**Total**   $2,351.71