

Joseph A. Camp: 18474.055
---*AN AMERICAN HOSTAGE*---
Corrections Corporation of America
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
7/5/2012

To: Clerk of the Court
United States District Court,
Western District of Missouri
400 East Ninth Street
Kansas City, Missouri 64106

In Regards: <u>United States of America v. Joseph A. Camp (*An American Hostage*)</u> 4:10-cr-00318-BCW-1

Dear,

Please find enclosed a copy of my Freedom of Information Act request to the United States Attorney's Office, to be filed electronically for preservation of the record of my request, and for notification to all parties, and the "honorable" Court, in the above case.

Thank You for your Timely Attention to this Matter.

*[signature]*

JOSEPH A. CAMP

P.S. Please accept my apologies for the incorrect year on the document, it should read 7/2/2012.

Enc: 2 pg. F.O.I.A. Document Request, Letter to U.S. Attorneys Office

Joseph A. Camp: 18474-055
CCA Leavenworth Detention
100 Highway Terrace
Leavenworth, Kansas 66048

Freedom of Information Officer
<u>United States Attorney's Office</u>
<u>400 East Ninth Street</u>
<u>Kansas City, Missouri 64106</u>

Dated: 7/2/2011

<u>Document Request</u>

Dear Sir / Madam:

This is a request made under the Freedom of Information Act (FOIA), 5 U.S.C. Sec. 552, and the Privacy Act 5 U.S.C. Sec. 552a and

rule 16  Please send me copies of, (see page 2)

As you know, the FOIA provides that if portions of a document is exempt from release, the remainder must be segregated and disclosed. Therefore, I will expect you to send me all nonexemt portions of the records which I have requested, and ask that you justify any deletions with reference to the specific exemptions of FOIA. The information is not to be used for commercial benefit so I do not expect to be charged fees for your review of the material to see if it falls within one of FOIA's exemptions.

FOIA provides for the waiver or reduction of search and duplication fees where the "disclosure of the information is in the public interest because it is likely to contribute significatly to the public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." This request should be exempt from all fees because (see page 2). If you deny this request, however, please notify me if the fees exceed $ 0 .00 so I can decide whether to pay the fees or appeal your denial of my request for a waiver.

Please additionally notify me of the name, address, and office of the person to whom I am to address any appeal of any denial of my request, in the event that you deny any portion of my request.

Sincerely:

Joseph A. Camp: 18474-055
cc: self

Additional Information

Documents / Records requested:

1:) Total Cost Accounting for the prosecution of Joseph A. Camp
2:) Testimony of Kimberly Hinkle at ex-parte hearing in Warrensburg in the case of Patricia Carr v. Joseph A. Camp.
3:) The contents of all three of Kimberly Hinkles Computers- including both house computers that the A.U.S.A has not yet provided.
4:) Cell phone records for Joseph A. Camps cellular phone siezed in the western District of New York.
5:) Cell phone records of Kimberly Hinkle, Daniel J. Fowler, Eugene Stillman, Corey Bowman, Matthew Vessar (who have all had personal communications with Kimberly).
6:) Cell phone records of Colleen Student, Kitlyn Forsyth.
7:) Discovery material in its entirety, for any Jailhouse snitches, potential snitches,
8:) Employee files for Kenneth Daugherty, Ms. Kinney, Warden Richardson, et CCA Leavenworth
9:) Copies of Computers from Daniel J. Fowler's work computers at the law firm he was employed.
10:) 
11:) Employee file for Matthew Wolesky, Phillip Porter.
12:) Prior Testimony of Kenneth Daugherty and Ms. Kinney in the case of USA v. Nichloas Scheder [However it's spelled] at his sentencing.
13:) All text messages in all the cell phones to and from these numbers.
14:) The information above will contain exculpatory, or impeaching evidence, and therefore is discoverable under Brady. I make this request because my attorney has not yet sought the material even though I have explained the existence of it - and our lack of it - to him. Under Rule 16 the defendant is allowed the material.
15:) 
16:) 
17:) 
18:) 
19:) 
20:) 

Sincerely yours,

X (signature)
Joseph A. Camp: 18474-055
CCA Leavenworth Detention