IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 10-00318-01-CR-W-BCW |
| JOSEPH CAMP, ) | |
| ) | |
| Defendant. ) | |

O R D E R

Pending before the Court is the motion (Doc. No. 89) of the government for a protective order to prohibit defendant Camp from filing any requests under the Freedom of Information Act directed to the United States Attorney's Office and the *pro se* motion(Doc. No. 92) of defendant Camp for a document request. As the Court has previously told defendant Camp, because he is represented by counsel, his *pro se* motions will not be entertained by the Court. *See* Section VII(A) of the Scheduling and Trial Order. Accordingly, it is

ORDERED that the *pro se* motion(Doc. No. 92) of defendant Camp for a document request is DENIED. It is further

ORDERED that the motion (Doc. No. 89) of the government for a protective order to prohibit defendant Camp from filing any requests under the Freedom of Information Act directed to the United States Attorney's Office is DENIED.

                                                 */s/ JOHN T. MAUGHMER*
                                                        John T. Maughmer
                                              United States Magistrate Judge