IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-00318-01-CR-W-BCW |
| JOSEPH A. CAMP, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Pending before the Court are the *pro se* motions of defendant Joseph Camp for Discovery and Inspection (Doc. No. 108), a Bill of Particulars (Doc. No. 109) and a letter to the Court requesting the production of documents from another criminal case. Because defendant Camp is represented by counsel and pursuant to Section VII (A) of the Scheduling and Trial Order entered in this case, it is

ORDERED that the *pro se* motions of defendant Joseph Camp for Discovery and Inspection (Doc. No. 108), a Bill of Particulars (Doc. No. 109) and a letter to the Court requesting the production of documents from another criminal case are DENIED.

        */s/ JOHN T. MAUGHMER*
John T. Maughmer
United States Magistrate Judge