IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Criminal Action No.
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀10-00318-01-CR-W-BCW
JOSEPH A. CAMP,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀)

O R D E R

Pending before the Court are the motions of defendant Joseph Camp for Additional

Funds and Interim Payment of Computer Expert Fees (Doc. No. 91) and for Computer Expert

Fees (Doc. No. 102). Funds for a computer expert in this case have already been approved in the

amount of $2,400.00. Defendant's motions represent that these funds have been exhausted and

that additional funds are necessary to adequately prepare a defense in this case. Because funds

are now requested above and beyond those which can be approved by the District Court pursuant

to 18 U.S.C. Section 3006A(e)(3) a request for additional funds will have to be submitted to the

Chief Judge of the Eighth Circuit Court of Appeals. In order to determine whether this Court

should recommend approval of such a request, it is necessary to know how much additional

funding will be required for the computer expert to complete his work and how these funds will

be spent. That information is not included in the defendant's pending motions. For this reason,

it is

ORDERED that motions of defendant Joseph Camp for Additional Funds and Interim

Payment of Computer Expert Fees (Doc. No. 91) and for Computer Expert Fees (Doc. No. 102)

are DENIED WITHOUT PREJUDICE to defendant Joseph Camp filing a motion for additional

fees which includes specific information to the amount of additional fees sought and the nature

or necessity of the additional work to be performed by the computer expert.


                                      **_/s/ JOHN T. MAUGHMER_**

                                            John T. Maughmer
                           United States Magistrate Judge

Case 4:10-cr-00318-BCW   Document 112   Filed 10/11/12   Page 2 of 2