IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-00318-01-CR-W-BCW |
| JOSEPH A. CAMP, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Pending before the Court is the *pro se* motion (Doc. No. 115) of defendant Joseph Camp for return of property. Defendant Camp is represented by counsel in this case. Pursuant to Section VII (A) of the Scheduling and Trial Order entered in this case, it is

ORDERED that the *pro se* motion (Doc. No. 115) of defendant Joseph Camp for return of property is DENIED.

                                                   */s/ JOHN T. MAUGHMER*
                                                           John T. Maughmer
                                           United States Magistrate Judge