IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00318-01-CR-W-BCW |
| | ) | |
| JOSEPH A. CAMP, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America by the undersigned counsel and files the attached list of exhibits which the Government may offer at trial and requests leave to amend this list as needed.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By    */s/ Matthew P. Wolesky*

Matthew P. Wolesky
Assistant United States Attorney

*/s/ Phillip Eugene Porter*

Phillip Eugene Porter
Deputy United States Attorney

United States Attorney's Office
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone:   (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on

January 22, 2013, to the Electronic filing System (CM/ECF) of the United States District Court for

the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Matthew P. Wolesky*
Matthew P. Wolesky
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
      v.                     )      No.   10-00318-01-CR-W-BCW
                             )
JOSEPH A. CAMP,              )
                             )
            Defendant.       )

## E X H I B I T S

| ˘ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 1 | | | | Stipulation | |
| 2 | | | | Map of UCM Campus | 828 |
| 3 | | | | Photograph - Hawkins Hall | 1617 |
| 4 | | | | Photograph - Bradshaw Hall | 1617 |
| 5 | | | | Photograph - South Yeater Hall | 1617 |
| 6 | | | | Photograph - Fraternity Complex | 1617 |

        I certify that I have this date _____ received from the Clerk, United States District Court,
Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____

_____
PRINTED NAME
_____
SIGNATURE

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 7 | | | | Photograph - Elliot Student Union | 1617 |
| 8 | | | | Photograph - Diemer Hall | 1617 |
| 9 | | | | Photograph - Joseph Camp | 307 |
| 10 | | | | Photograph - Daniel Fowler | 307, 415 |
| 11 | | | | Photograph - Kimberly Hinkle | 307 |
| 12 | | | | Photograph - Eugene Stillman | 1617 |
| 13 | | | | Photograph - Jordan Barreto | 307 |
| 14 | | | | Photograph - Matthew Knickman | 307 |
| 15 | | | | Photograph - Kaitlyn Forsyth | 307 |
| 16 | | | | Photograph - Coleen Student | 307 |
| 17 | | | | Records - UCM Computer System Diagram and Explanation | 240, 244, 739, 745, 1053, 1574 |
| 18 | | | | Records - UCM Acceptable Use Guidelines | 249-253 |
| 19 | | | | Records - UCM Email Regulations | 246-248 |
| 20 | | | | Records - UCM Banner Notice | 245 |
| 21 | | | | Records - RMS General Screenshots - Login Screen | 306, 889 |
| 22 | | | | Records - RMS General Screenshots - Main Screen | 306, 890 |
| 23 | | | | Records - RMS General Screenshots – "People" Tab | 306, 891 |
| 24 | | | | Records - RMS General Screenshots – "Test" Student Record | 306, 892 |
| 25 | | | | Records - RMS General Screenshots – "Test" Student Record Secondary Profile | 306, 893 |
| 26 | | | | Records - RMS General Screenshots - User Defined Screen | 306, 894 |
| 27 | | | | Records - RMS General Screenshots – "Reports" Tab | 306, 895 |
| 28 | | | | Records - RMS General Screenshots - Profile Reports List | 306, 896 |
| 29 | | | | Records - RMS General Screenshots - Admin Reports | 306, 897 |
| 30 | | | | Records - RMS General Screenshots - Judicial Section 1 | 306, 898 |
| 31 | | | | Records - RMS General Screenshots - Judicial Section 2 | 306, 899 |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 32 | | | | Records - Argos General Screenshots - Login Screen | 1592 |
| 33 | | | | Records - Argos General Screenshots - Main Screen | 1592 |
| 34 | | | | Records - Argos General Screenshots - Course Enrollment Report Sample | 1594 |
| 35 | | | | Records - Argos General Screenshots - Course Enrollment Report Sample 2 | 1593 |
| 36 | | | | Records - Argos General Screenshots - Sample Report | 1595 |
| 37 | | | | Photograph - RMS Screenshot - 11/20/2009 RHD Fraternity transactions to Jordan Barreto | 43-45, 306, 901 |
| 38 | | | | Photograph - RMS Screenshot - 11/23/2009 RHD Fraternity transactions to Jordan Barreto | 43-45, 306, 902 |
| 39 | | | | Photograph - RMS Screenshot - 11/20/2009 and 11/23/2009 RHD Fraternity transactions to Joseph Camp | 43-45, 306, 903 |
| 40 | | | | Record - Table of all RHD Fraternity transactions from 11/20/2009 to 11/23/2009 | 43-45, 306, 901-903 |
| 41 | | | | Photograph - UCM student accounts accessed by RHD Fraternity account | 1251-66, 1366-69 |
| 42 | | | | Records - Table of RMS Reports Run by RHD Fraternity Account | 1396-98, 1539 |
| 43 | | | | Records - UCM IP subnet address map | 950-951, 1389-1392 |
| 44 | | | | Records - UCM NetReg Records | 739, 1002-1005, 1025-26, 1031 |
| 45 | | | | Records - UCM IP Address Investigation of RHD Fraternity Account | 1002-1005, 1539 |
| 46 | | | | Records - UCM Packet Capture Data from IP address 153.91.170.142 | 839, 1230-1233, 1267-1361, 1387, 1403, 1445-1446 |
| 47 | | | | Reports - UCM Argos Log for Eugene Stillman Account | 1037-1038, 1040, 1053, 1411-1417 |

3

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 48 | | | | UCM Investigation Summary Exhibit 1 | 1618 |
| 49 | | | | Photograph - Joseph Camp Dorm Room on 11/25/2009 - Computer Table | 48-64, 70-90, 305 |
| 50 | | | | Photograph - Joseph Camp Dorm Room on 11/25/2009 - Computer Monitor | 48-64, 70-90, 305 |
| 51 | | | | Photograph - Joseph Camp Dorm Room on 11/25/2009 - Computer Table side view | 48-64, 70-90, 305 |
| 52 | | | | Photograph - Joseph Camp Dorm Room on 11/25/2009 - Computer Table router | 48-64, 70-90, 305 |
| 53 | | | | Photograph - Joseph Camp Dorm Room on 11/25/2009 - Papers on floor | 48-64, 70-90, 305 |
| 54 | | | | Photograph - Joseph Camp Dorm Room on 11/25/2009 - Letter from UCM Student Financial Services | 48-64, 70-90, 305 |
| 55 | | | | Photograph - Joseph Camp Dorm Room on 11/25/2009 - Campus Technology Report | 48-64, 70-90, 305 |
| 56 | | | | Photograph - Joseph Camp Dorm Room on 11/25/2009 - Argos Reports | 48-64, 70-90, 305 |
| 57 | | | | Computer - Compaq Presario f500 Laptop from Joseph Camp's Dorm Room | 67 |
| 58 | | | | Photograph - Compaq Presario f500 Laptop from Joseph Camp's Dorm Room | 1617 |
| 59 | | | | Computer - Compaq 6720 Laptop from Joseph Camp's Dorm Room | 67 |
| 60 | | | | Photograph - Compaq 6720 Laptop from Joseph Camp's Dorm Room | 1617 |
| 61 | | | | Photograph - Compaq 6720 Laptop from Joseph Camp's Dorm Room – closeup | 1617 |
| 62 | | | | Cellphone - Nokia 2115i from Joseph Camp's Dorm Room | 67 |

4

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 63 | | | | Cellphone - Motorola i850 from Joseph Camp's Dorm Room | 67 |
| 64 | | | | Piece of Paper Recovered from Joseph Camp | 91-92 |
| 65 | | | | Photograph of Piece of Paper Recovered from Joseph Camp | 1538 |
| 66 | | | | Facebook Printout - Joseph Camp Account | 328-340 |
| 67 | | | | Computer - Dell Optiplex 755 Desktop - from UCM South Yeater Residence Hall Director's Office | 1074 |
| 68 | | | | Photograph - Dell Optiplex 755 Desktop - from UCM South Yeater Residence Hall Director's Office | 1617 |
| 69 | | | | Computer - Dell Optiplex GX260 Desktop - from UCM South Yeater Front Desk | 1073 |
| 70 | | | | Photograph - Dell Optiplex GX260 Desktop - from UCM South Yeater Front Desk | 1617 |
| 71 | | | | Computer - Dell Optiplex GX620 Desktop - from Eugene Stillman's Office | 1072 |
| 72 | | | | Photograph - Dell Optiplex GX620 Desktop - from Eugene Stillman's Office | 1617 |
| 73 | | | | CD- Audio Recording from Tom Stone 1 | 618 |
| 74 | | | | Transcript - Audio Recording from Tom Stone 1 | 353-397 |
| 75 | | | | CD - Audio Record from Tom Stone 2 | 618 |
| 76 | | | | Transcript of Audio Recording from Tom Stone 2 | 398-403 |
| 77 | | | | Photograph - Tom Stone | 307 |
| 78 | | | | Video - Audio Recording from Tom Stone Sync'd With Transcript | 307, 353-403, 618 |
| 79 | | | | Photograph - Email from Randomname1010@yahoo.com from 12/21/2009 | 142-143, 515-516, 619 |

5

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 80 | | | | Photograph - Second Email from Randomname1010@yahoo.com from 12/21/2009 | 142-143, 515-516, 619 |
| 81 | | | | Records - Days Inn | 1224 |
| 82 | | | | Records - University Inn | 1222 |
| 83 | | | | CD - Audio and Video Recording from 12/23/2009 from Special Agent Matthew Braverman | 617 |
| 84 | | | | CD - Enhanced Audio and Video Recording from 12/23/2009 from Special Agent Matthew Braverman, prepared by Forensic Examiner Todd Taylor | 1534 |
| 85 | | | | Photograph - Still from Exhibit 84 captured by Forensic Examiner Todd Taylor - Typing on laptop | 1531 |
| 86 | | | | Photograph - Still from Exhibit 84 captured by Forensic Examiner Todd Taylor - Joseph Camp looking down | 1530 |
| 87 | | | | Photograph - Still from Exhibit 84 captured by Forensic Examiner Todd Taylor - Joseph Camp side view | 1529 |
| 88 | | | | Photograph - Still from Exhibit 84 captured by Forensic Examiner Todd Taylor - Joseph Camp talking | 1528 |
| 89 | | | | Photograph - Still from Exhibit 84 captured by Forensic Examiner Todd Taylor - Joseph Camp typing | 1527 |
| 90 | | | | Photograph - Still from Exhibit 84 captured by Forensic Examiner Todd Taylor - Joseph Camp sitting at table | 1526 |
| 91 | | | | Computer - HP Pavilion Laptop - from Joseph Camp's Arrest in Rochester, New York | 533-534 |
| 92 | | | | Photograph - HP Pavilion Laptop - from Joseph Camp's Arrest in Rochester, New York | 1617 |
| 93 | | | | Photograph - HP Pavilion Laptop - from Joseph Camp's Arrest in Rochester, New York - closed | 1617 |

6

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 94 | | | | Computer - HP iPaq - from Joseph Camp's Arrest in Rochester, New York | 533-534 |
| 95 | | | | Photograph - HP iPaq - from Joseph Camp's Arrest in Rochester, New York | 1617 |
| 96 | | | | Computer - Toshiba Hard Drive - from Joseph Camp's Arrest in Rochester, New York | 533-534 |
| 97 | | | | Photograph - Toshiba Hard Drive - from Joseph Camp's Arrest in Rochester, New York | 1617 |
| 98 | | | | Cellphone - Kyocera S1300 - from Joseph Camp's Arrest in Rochester, New York | 533-534 |
| 99 | | | | Photograph - Kyocera S1300 - from Joseph Camp's Arrest in Rochester, New York | 1617 |
| 100 | | | | Photograph - Still photograph of part one of text message from Kyocera S1300 - taken by Special Agent Scott Romus | 501 |
| 101 | | | | Photograph - Still photograph of part two of text message from Kyocera S1300 - taken by Special Agent Scott Romus | 501 |
| 102 | | | | Thumb Drive - from Joseph Camp's Arrest in Rochester, New York | 533-534 |
| 103 | | | | Photograph - Thumb Drive - from Joseph Camp's Arrest in Rochester, New York | 1617 |
| 104 | | | | Photograph - Screenshot one of files on thumb drive | 1561 |
| 105 | | | | Photograph - Screenshot two of files on thumb drive | 1561 |
| 106 | | | | CD - Containing Digital Excel Files of Student Lists | 618 |
| 107 | | | | Printout of Excel File – "01_Faces_Dates_Numbers_Alumni _Drop_Outs.xlsx" | 618 |

7

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 108 | | | | Printout of Excel File - "02_Student_Data.xls" | 618 |
| 109 | | | | Printout of Excel File – "03_Studentdata_With_Passwords_Numbers.xls" | 618 |
| 110 | | | | Printout of Excel File – "04_100.xlsx" | 618 |
| 111 | | | | Photograph - Daniel Fowler Dorm Room on 12/30/2009 - Desk Photo | 154-161, 305 |
| 112 | | | | Photograph - Daniel Fowler Dorm Room on 12/30/2009 - Monitor Closeup | 154-161, 305 |
| 113 | | | | Computer - Apple MacBook Pro from Daniel Fowler | 425-428 |
| 114 | | | | Photograph - Apple MacBook Pro from Daniel Fowler | 1617 |
| 115 | | | | Desktop Tower from Daniel Fowler | 425-428 |
| 116 | | | | Photograph - Desktop Tower from Daniel Fowler | 1617 |
| 117 | | | | Computer - Western Digital Hard Drive from Daniel Fowler | 425-428 |
| 118 | | | | Photograph - Western Digital Hard Drive from Daniel Fowler | 1617 |
| 119 | | | | Computer - Dell Inspiron E1405 Laptop - From Kimberly Hinkle | 429-430 |
| 120 | | | | Photograph - Dell Inspiron E1405 Laptop - From Kimberly Hinkle | 1617 |
| 121 | | | | Computer - HP G60 Laptop - From Kimberly Hinkle | 429-430 |
| 122 | | | | Photograph - HP G60 Laptop - From Kimberly Hinkle | 1617 |
| 123 | | | | Kastigar Letter - Kimberly Hinkle | 622-625 |
| 124 | | | | CD - Executable File - 32Bit.exe | 684 |
| 125 | | | | Video - Explanation and Analysis of 32Bit.exe by Forensic Examiner Sagar Momin | 1535 |
| 126 | | | | Plea Agreement - Daniel Fowler | 1102-1117 |
| 127 | | | | Cooperation Agreement - Daniel Fowler | 1118-1122 |
| 128 | | | | Kastigar Letter - Daniel Fowler | 1650-1653 |

8

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 129 | | | | UCM Summary of Investigation Report 2 | 1618 |
| 130 | | | | RCFL Summary of Findings from Computer Analysis by Forensic Examiner Mark Johnson | 1618 |
| 131 | | | | Printout of "2009200 Health and Human Services.csv" | 1596 |
| 132 | | | | Printout of "Arts Humanities soc sciences.csv" | 1596 |
| 133 | | | | Printout of "Arts and Humanities.csv" | 1596 |
| 134 | | | | Printout of "Career Services.csv" | 1596 |
| 135 | | | | Printout of "CFD 1220 200820 course roaster grade sheet.csv" | 1596 |
| 136 | | | | Printout of "Courses 2008202 roster w email and major.csv" | 1596 |
| 137 | | | | Printout of "Courses 200820.csv" | 1596 |
| 138 | | | | Printout of "Early Childhood Development.xlsx" | 1596 |
| 139 | | | | Printout of "Education.csv" | 1596 |
| 140 | | | | Printout of "Email list writable.xls" | 1596 |
| 141 | | | | Printout of "Harmon College of Business Admin.csv" | 1596 |
| 142 | | | | Printout of "Harmon College of Business Administration 200920.csv" | 1596 |
| 143 | | | | Printout of "Harmon college of Business.csv" | 1596 |
| 144 | | | | Printout of "Health and Human Services (2).csv" | 1596 |
| 145 | | | | Printout of "Health and human services.csv" | 1596 |
| 146 | | | | Printout of "History.docx" | 1596 |
| 147 | | | | Printout of "No College Designated.csv" | 1596 |
| 148 | | | | Printout of "No College Desinated.csv" | 1596 |
| 149 | | | | Printout of "Report produced by the top two.pdf" | 1596 |

9

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| 150 | | | | Printout of "Science and technologies.csv" | 1596 |
| 151 | | | | Printout of "Science and Technology.csv" | 1596 |
| 152 | | | | Printout of "Second part of roster with email and major.csv" | 1596 |
| 153 | | | | Printout of "Student Date.User.Password.xls" | 1596 |
| 154 | | | | Printout of "Studentdata_withpasswords.xls" | 1596 |
| 155 | | | | Printout of "UG Harmon College of Business.csv" | 1596 |
| 156 | | | | Printout of "User_rights.pdf" | 1596 |
| 157 | | | | Printout of "UserData.xlsx" | 1596 |
| 158 | | | | Records - UCM Memorandum regarding loss and logs of hours worked | 1080-1097 |
| 159 | | | | CV - Melissa Hamley | 705-712 |
| 160 | | | | CV - Robert Kosakowski | 1455 |
| 161 | | | | CV - Scott Romus | 1562-1564 |
| 162 | | | | CV - Todd Taylor | 1565-1569 |
| 163 | | | | CV - John Grant | 1570-1573 |
| 164 | | | | CV - Sagar Momin | 1585-1589 |
| 165 | | | | CV - Mark Johnson | 1646-1649 |
| 166 | | | | CV - Melanie Gross | 1619-1622 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

10

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

11

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION | DISCOVERY BATES # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

12