IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-CR-00318-BCW-01 |
| ) | |
| JOSEPH A. CAMP, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Defendant Joseph A. Camp's Pro Se Motion to Proceed Pro Se (Doc. #204). The Court held a hearing in this matter on April 12, 2013. At the hearing, Defendant Camp represented to the Court his intent to withdraw the instant Motion to Proceed Pro Se (Doc. #204). Defendant Camp further represented his intent to proceed with counsel, John A. Picerno. Therefore, the Court will treat Defendant Camp's Motion to Proceed Pro Se as withdrawn. Accordingly, it is hereby

ORDERED Defendant's Pro Se Motion to Proceed Pro Se (Doc. #204) is WITHDRAWN. It is further

ORDERED Defendant's previously filed pro se motions related to Defendant's representation (Docs. # 195, 198, 200 & 201) are DENIED AS MOOT.

IT IS SO ORDERED.

DATED: <u>April 12, 2013</u>

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT