# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**              Date:   June 19, 2013

vs.                                       Case No.: 10-00318-01-CR-W-BCW

**JOSEPH A. CAMP**

---

Honorable Brian C. Wimes, presiding at Kansas City, Missouri

**Nature of Hearing:**  Sentencing

**Time Commenced:**  11:30 a.m.                **Time Terminated:** 12:28 p.m.

### APPEARANCES

**Plaintiff's counsel:**       Gene Porter, AUSA
**Defendant's counsel:**       John Picerno, CJA
**Probation officer:**         Tim Boydston

---

**11:30 a.m.**   IN CHAMBERS CONFERENCE between Court and probation officer.

**12:11 p.m.**   PROCEEDINGS IN COURTROOM: Above parties present. Court grants a 3-level reduction for acceptance of responsibility and adopts the P.S.I.R. Court asserts statutory guidelines. Counsel make sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to custody of BOP for a period of 36 months; followed by 1 year SUPERVISED RELEASE. FINE: waived; MSA: $100. RESTITUTION: $61,500. Standard/Additional Conditions of Supervision imposed. Dft advised of right to appeal; remanded to custody of USM.

---

**Court Reporter:**     Denise Halasey
**Courtroom Deputy:**   Joella Baldwin