# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-2389

_____

United States of America

Plaintiff - Appellee

v.

Joseph A. Camp

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:10-cr-00318-BCW-1)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 29, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans