# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

No: 13-2389

United States of America

Appellee

v.

Joseph A. Camp

Appellant

___

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:10-cr-00318-BCW-1)

___

**MANDATE**

In accordance with the judgment of 10/29/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 29, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit